## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

PAWTUCKET CREDIT UNION,
*Plaintiff*

CIVIL ACTION NO.

v.

3:20-CV-01847 (KAD)

M/Y SEA RAYNA (Official No. 1101693), her engines, apparel, tackle, boats, appurtenances, etc., *in rem*, and

BRUCE S. BOZSUM, *in personam*,
*Defendants*

## MOTION FOR MODIFICATION OF JUDGMENT

COMES NOW, Pawtucket Credit Union by its attorney, and moves to modify the Judgment in this case and for grounds states:

1. This Court ordered that the *M/Y Sea Rayna* (Official No. 1101693), be sold to satisfy all expenses incurred in connection with the arrest per Doc. 17.

2. The Vessel was sold October 20, 2021 pursuant to Doc. 17.

3. The Plaintiff has incurred attorney's fees in the amount of $22,264.00 comprised of $6,325.00 for entries for David M. Bohonnon identified as "DMB per Doc. 18-2, and $15,939.00 for K. Wynne Bohonnon, identified as "KWB", per the attached Exhibit, Supplemental Affidavit RE: Attorney's Fees.

4. The Plaintiff has incurred total costs in the amount of $2,124.23 per the attached Exhibit, Statement.

5. The Plaintiff respectfully requests a modification of the Court's Order stated in in Doc. 17, Conclusion & Orders, to reflect total attorney's fees for both

Attorney K. Wynne Bohonnon and Attorney David M. Bohonnon, and for costs incurred by the Plaintiff to date.

        THE PLAINTIFF

        By: /s/ K. Wynne Bohonnon
        K. Wynne Bohonnon, Esq.
        Bohonnon Law Firm, LLC
        205 Church Street
        New Haven, CT 06510
        (203) 787-2151
        Fed. Bar No. 05808

## CERTIFICATION

    I hereby certify that on November 18, 2021 a copy of foregoing, was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

        THE PLAINTIFF
        PAWTUCKET CREDIT UNION

        By: /s/ K. Wynne Bohonnon
        K. Wynne Bohonnon, Esq.
        Bohonnon Law Firm, LLC
        205 Church Street
        New Haven, CT 06510
        (203) 787-2151
        Fed. Bar No. 05808