**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| PAWTUCKET CREDIT UNION,<br>*Plaintiff* | CIVIL ACTION NO. |
| v.<br>*M/Y SEA RAYNA* (Official No. 1101693), her engines, apparel, tackle, boats, appurtenances, etc., *in rem*, and<br><br>BRUCE S. BOZSUM, *in personam*,<br>*Defendants* | 3:20-CV-01847 (KAD) |

**PLAINTIFF'S MOTION TO CONFIRM SALE AND**
**MEMORANDUM IN SUPPORT THEREOF**

Plaintiff, by and through its undersigned counsel, hereby serves its Motion to Confirm Sale and Memorandum in Support Thereof and states:

1. Pursuant to this court's order of September 17, 2021, (Doc. 17), the United States Marshal has executed the order for sale of the defendant's vessel.

2. The defendant vessel was sold by the U.S. Marshal on October 20, 2021 at 10:00 a.m., at the New Haven District Court to the Plaintiff as the highest and best bidder. at $500.00. See the attached Marshal's Process Receipt and Return.

3. The sale of the defendant vessel should be confirmed. <u>United States v. F/V "Fortune"</u>, 1987 A.M.C. 2351, 2356 (D. Alaska 1987), ("The most valid measure of the fair market value of a vessel is the market value of the vessel obtained at a fairly conducted sale"); Golden v. Oil Screw "Frank T. Shearman", <u>1972 A.M.C. 659 (4th Cir. 1972)</u> (upholding sales price of $1,000 for vessel covered by preferred mortgage of $110,000.00).

WHEREFORE, plaintiff requests that the court enter an order confirming the sale of the defendant vessel.

                              THE PLAINTIFF

                              By: /s/ K. Wynne Bohonnon
                              K. Wynne Bohonnon, Esq.
                              Bohonnon Law Firm, LLC
                              205 Church Street
                              New Haven, CT 06510
                              (203) 787-2151
                              Fed. Bar No. 05808

<u>CERTIFICATION</u>

      I hereby certify that on November 18, 2021 a copy of foregoing, was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                              THE PLAINTIFF
                              PAWTUCKET CREDIT UNION

                              By: /s/ K. Wynne Bohonnon
                              K. Wynne Bohonnon, Esq.
                              Bohonnon Law Firm, LLC
                              205 Church Street
                              New Haven, CT 06510
                              (203) 787-2151
                              Fed. Bar No. 05808